IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN - 5 2006

Michael N. Milby, Clerk
Laredo Division

| UNITED STATES OF AMERICA | * | |
| --- | --- | --- |
| | * | |
| VS. | * | CRIMINAL NO. L-01-64 |
| | * | CIVIL ACTION NO. L-05-211 |
| OSCAR JAVIER GUEVARA | * | |

### JUDGMENT

The §2255 motion, docketed this day, but which the Defendant originally submitted in December 2003, is DISMISSED with prejudice for lack of merit. No certificate of appealability will be issued.

DONE at Laredo, Texas, this 5th day of January, 2006.

*[signature]*
United States District Judge